```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

```
FRANK H. KRUSE,                    *
                                   *
     Plaintiff,                    *
                                   *
vs.                                * CIVIL ACTION NO: 12-00212-WS-B
                                   *
CORIZON, INC., et al.,             *
                                   *
     Defendants.                   *
                                ORDER
```

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made (Docs. 125 & 126), the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's Motion to Render a Default Judgment (Doc. 110) be **DENIED.**

    **DONE** this 17th day of June, 2013

                                         **s/WILLIAM H. STEELE**
                                         **CHIEF UNITED STATES DISTRICT JUDGE**