```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

FRANK H. KRUSE,                    *
                                   *
    Plaintiff,                     *
                                   *
vs.                                * CIVIL ACTION NO: 12-00212-WS-B
                                   *
CORIZON, INC., *et al.*,           *
                                   *
    Defendants.                    *

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion to Render a Default Judgment (Doc. 110) be **DENIED**.

**DONE** this 17th day of June, 2013

                                            s/WILLIAM H. STEELE
                                            CHIEF UNITED STATES DISTRICT JUDGE